| Cause #: | 2013-03434 | | Court # | 246TH | Judgment Date: | 9/5/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 62366229 |
| Due Date: | 1/3/2015 | | Attorney Bar No: | | 24072034 | |

Assigned to    FIRST    Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 4:34:44 PM
CHRISTOPHER A. PRINE
Clerk

| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | 10/3/2014 |
|---|---|
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? Y | | C |
| Number of Days: | 120 | OA |
| File Ordered: | | |
| Notes: Writ of Mandamus filed in 1st COA Appellate # 01-13-00789-CV Notice of Appeal was lost during the transition of 1st COA responsibilities between Clerks in Civil Post Trial. | | |

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C     Appealing Final Judgment
D -   Accelerated Appeal
OA     No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

## NO. 2013-03434

| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| JENNIFER LYNN THOMPSON | § | 246TH JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Mark Thompson, Sr., Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.      The trial court, cause number, and style of this case are as shown in the caption above.

2.      The judgment or order appealed from was signed on September 5, 2014.

3.      Mark Thompson, Sr. timely filed a Motion for New Trial on October 6, 2014. A hearing was held on said Motion for New Trial on October 21, 2014, and said Motion for New Trial was subsequently denied.

4.      Mark Thompson, Sr. desires to appeal from all portions of the judgment from the *Order of Support for Adult Disabled Child.*

5.      This appeal is being taken to either the First or Fourteenth Court of Appeals.

6.      This notice is being filed by Mark Thompson, Sr.

Respectfully submitted,

CORDELL & CORDELL, P.C.
1330 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
Tel: (832) 730-2965
Fax: (832) 730-2966

By: /s/ Nida C. Wood
Nida Chaudhri Wood
State Bar No. 24072034
nchaudhriwood@cordelllaw.com
Attorney for Mark Thompson, Sr.

## Certificate of Service

I certify that, on December 3, 2014, a true copy of this Notice of Appeal was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Karen Smith
Address of service:    klsmith1158@yahoo.com
Method of service:    by electronic mail
Date of service:  December 3, 2014

Lead Counsel for Karen Smith at Trial:    Sally Jones
Address of service:    sjones@ehjlawpc.com
Method of service:    by electronic mail
Date of service:  December 3, 2014

/s/ Nida C. Wood
Nida Chaudhri Wood
Attorney for Respondent

```
JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     JAN 07, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                        GENERAL PARTY INQUIRY            PAGE:   1 -   1

CASE NUM: 201303434__ PJN> __  TRANS NUM: _____  CURRENT COURT: 246 PUB? _
CASE TYPE: OTHER FAMILY                    CASE STATUS: DISPOSED (FINAL)
STYLE: SMITH, KAREN                   VS THOMPSON, MARK SR
==============================================================================
                    **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME           PTY    ASSOC. ATTY
   NUM   NUMBER                                      STAT
_     00004-0001 AGT         COMPASS ENGINEERING CORPORATIO
_     00003-0001 DEF 24072034 THOMPSON, MARK SR               WOOD, NIDA CH
_     00002-0001 DEF 24029411 THOMPSON, MARK SR               ABERCROMBIE,
_     00001-0001 PLT 10954700 SMITH, KAREN                    JONES, SALLY




==> (4) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     JAN 07, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                        GENERAL PARTY INQUIRY            PAGE:   1 -   1

CASE NUM: 201303434__ PJN> __  TRANS NUM: _____  CURRENT COURT: 246 PUB? _
CASE TYPE: OTHER FAMILY                    CASE STATUS: DISPOSED (FINAL)
STYLE: SMITH, KAREN                   VS THOMPSON, MARK SR
==============================================================================
```
```
                    **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME           PTY    ASSOC. ATTY
   NUM   NUMBER                                      STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP
```

**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**
**CIVIL/FAMILY POST TRIAL**

**DATE: <u>JANUARY 7, 2015</u>**

**FIRST COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the First Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* <u>01-13-00789-CV</u>

*Trial Court Case Number:*<u>2013-03434</u>

*Trial Court Number* <u>246TH</u>

---

**Information from Trial Court Clerk**

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**XXXX** The clerk's record will not be filed by the original due date. (Please state reasons below)
Reason(s): **Notice of Appeal was lost during the transition of 1st COA responsibilities between Clerks in Civil Post Trial**.

I believe I can file the clerk's record by **<u>1/31/2015</u>**, and I request an extension.

Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

**Clerk's Signature: <u>/S/ DUANE C. GILMORE</u>**
DUANE C. GILMORE,
Civil/Family Post Trial Clerk
Harris County District Clerk

District Clerk's LetterOnReceipt NOAatt.wpd